**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
February 9, 2012

No. 11-10490

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

SHIRLONDA BOZEMAN,

Defendant - Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC NO. 3:11-CR-99-1

Before JOLLY, HIGGINBOTHAM, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

After reviewing the facts and the record, and after reviewing the applicable law, and after hearing the arguments of counsel, we are fully satisfied that the district court acted reasonably and lawfully in finding the appellant in contempt under 18 U.S.C. § 401(1) for her conduct during the sentencing hearing of Brandon Bozeman on March 9, 2011. Consequently, we affirm the district court's judgment of criminal contempt. We also affirm the district court's sentence, except with respect to incarceration of the appellant for thirty days,

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 11-10490

which we set aside and vacate.  In all other respects, the judgment of the district court is affirmed.

AFFIRMED IN PART, VACATED IN PART.